IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-465-CV





CATHY BARR RYLANDER, INDIVIDUALLY, AND AS INDEPENDENT EXECUTRIX


OF THE ESTATE OF VIVIAN D'AUN McPHERSON TAYLOR, DECEASED;


WESTMINSTER PRESBYTERIAN CHURCH; PRESBYTERIAN CHILDREN'S HOME;


METHODIST CHILDREN'S HOME; SALVATION ARMY; BUCKNER BOYS' RANCH;


CAL FARLEY'S BOYS' RANCH; JEFFRIE SAULS; AND JUANITA SAULS,




 APPELLANTS


vs.





JOHN L. GIVENS, JR. AND MARTHA STONE GIVENS,



 APPELLEES



 



FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY



NO. 59,950-A, HONORABLE GUY HERMAN, JUDGE PRESIDING



 



 

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Dismissed on Joint Motion

Filed: April 6, 1994

Do Not Publish